UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff

v.                           Case No. 25-MJ-30424
                             Originating No. 23CR142

**DEMETRIUS D. GREEN,**

      Defendant.
_____/

**GOVERNMENT'S PETITION
FOR TRANSFER OF DEFENDANT TO
ANOTHER DISTRICT AND SUPPORTING BRIEF**

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **DEMETRIUS D. GREEN,** to answer to charges pending in another federal district, and states:

1. On **July 1, 2025,** defendant was arrested in the Eastern District Michigan in connection with a federal arrest warrant issued in the **Eastern District of Kentucky based on an Indictment**. Defendant is charged in that district with violations of **Conspiracy to Distribute Controlled Substances, Possession with Intent to Distribute Controlled Substances and Felon in Possession of a Firearm**

2. Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above.  *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

    Respectfully submitted,

    JEROME F. GORGON, JR.
    Acting United States Attorney

    s/*Rajesh Prasad*
    RAJESH PRASAD
    Assistant U.S. Attorney
    211 W. Fort Street, Suite 2001
    Detroit, MI 48226
    (313) 226-9100

Dated: July 1, 2025